Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266 - 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| In re | |
|---|---|
| Son Chung | Chapter 13 Case No. 10-44601-LT 13 |
| debtor(s) | |

**Trustee's Motion and Declaration to
Dismiss Proceedings and Notice Thereon**

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

    Martha G. Bronitsky, Chapter 13 Standing Trustee hereby moves the court for an Order Dismissing these proceedings pursuant to 11 U.S.C. Section 1307(c) upon the grounds that the debtor(s) is in material default for the following reasons:

Failure to file certification of pre-filing consumer credit counseling and/or declaration of exigent circumstances; balance of schedules; chapter 13 plan and form b22(c).

    NOTICE IS HEREBY GIVEN that debtor or the attorney of record may request a hearing in writing stating specific grounds for objecting to the dismissal of these proceedings to the court and served on the trustee no later than twenty-one (21) days from the date of service of this motion. Trustee will then schedule a hearing date and notice debtor and the attorney of record of said hearing date.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: May 10, 2010

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| 1 | In re | | |
|---|---|---|---|
| 2 | Son Chung  debtor(s) | | Chapter 13 Case No. 10-44601-LT 13 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Son Chung                               Pro Per
2809 Frye St
Oakland,CA 94602                        (Counsel for Debtor)

(Debtor(s))

Date: May 10, 2010                      /s/ Gina A. Weaver
                                        Gina A. Weaver